Agree to affirm on opinion of court below.
All concur; ALLEN and RAPALLO, JJ., taking no part.
Judgment affirmed.

---

THEODORE M. DAVIS, as Receiver, etc., Respondent, *v.* WILLIAM DURYEA, Appellant.

(Argued September 27, 1876; decided October 6, 1876.)

THIS action was upon a bond similar to that in *Davis* v. *Copeland* (*ante*, p. 127), save that the limitation as to time was that the obligee should not be liable for any discounts made,

etc., " or any other matters or things transpiring after the expiration of one year from the date" of the bond. *Held,* as in that case, that paper discounted before the expiration of the year, but not maturing until thereafter, was included.

*Joseph J. Marrin* for the appellant.

*George E. Sibley* for the respondent.

MILLER, J., reads for affirmance.
All concur.
Judgment affirmed.